Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California 93721
559 233 3434

Attorney for plaintiffs SHAUKAT "SAL"MAREDIA and CIGARETTE KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| SHAUKAT "SAL"MAREDIA and CIGARETTE KING, | Case No. CV 05-00402-OWW-SMS |
| Plaintiffs, | APPLICATION FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS; [PROPOSED] ORDER |
| vs. | |
| PHILIP MORRIS USA INC., and DOES 1 through 10, inclusive, | Action Filed: 3/24/05<br>Related Case: CV 05-00393-OWW-SMS |
| Defendants. | |

## SUBSTITUTION

Pursuant to Local Rule 83-182(g) of the Local Rules of Practice for the United States District Court, Eastern District of California, plaintiff SHAUKAT "SAL"MAREDIA and plaintiff CIGARETTE KING (together "plaintiffs") respectfully apply to the Honorable Court for an order substituting attorney Charles L. Doerksen as the new attorney of record for plaintiffs:

1        1.      The names of the parties making this substitution of attorney are plaintiff

2    SHAUKAT "SAL"MAREDIA and plaintiff CIGARETTE KING.

3        2.      The name, address, telephone number and e-mail address of the new attorney is:

4                          Charles L. Doerksen, #135423

5                          2100 Tulare Street, Suite 410

6                          Fresno, California  93721

7                          559 233 3434

                      charles@doerksen-law.com

8        3.      Subject to approval of the Court, the new attorney, Charles L. Doerksen, hereby

9    appears in this case.

10       4.      Subject to approval of the Court, the new attorney, Charles L. Doerksen, is

11   substituted as attorney of record in place and stead of pro per plaintiff SHAUKAT

12   "SAL"MAREDIA and pro per plaintiff CIGARETTE KING.

13

14       I CONSENT TO THE ABOVE SUBSTITUTION.

15   Dated: June 15, 2005

16                         /s/  Shaukat Maredia

17                         Pro per plaintiff,

18                         SHAUKAT "SAL"MAREDIA

19   Dated: June 15, 2005

20                         /s/  Shaukat Maredia

21                         Pro per plaintiff,

22                         CIGARETTE KING
                      By Shaukat "Sal"Maredia

23       I AM DULY ADMITTED TO PRACTICE IN THIS DISTRICT.  THE ABOVE

24   SUBSTITUTION IS ACCEPTED.

25   Dated: June ____, 2005

26                         /s/  Charles L. Doerksen

27                         Charles L. Doerksen,
                      Attorney for plaintiffs

28                         SHAUKAT "SAL"MAREDIA and
                      CIGARETTE KING

1

<u>**ORDER**</u>

2

**IT IS SO ORDERED.**

3

Dated: June _21___, 2005

4

/s/ OLIVER W. WANGER

5

_____

United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28