UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
CIGARETTE KING, et al.,        )
                               )
            Plaintiff,         )      1:05-cv-0402 OWW SMS
                               )
     v.                        )
                               )
PHILIP MORRIS USA,             )      ORDER DISMISSING ACTON
et al.,                        )
                               )
            Defendant          )
_____)
```

By Memorandum Decision and Order dated June 15, 2005, the Court ordered this action dismissed, but granted the plaintiff 30 days leave to file an amended complaint.

As of this date, no such amended complaint has been filed and it is therefore ordered that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 12, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE

1